IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARQUIEST LEON MURPHY,** | CIV S-08-0256 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **T. FELKER, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's petition for Writ of Habeas Corpus be filed on or before June 25, 2008.

Dated: 06/06/08

/s/ Gregory G. Hollows
United States Magistrate Judge

mur256.eot

1