IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUIEST LEON MURPHY

    Petitioner,               No. CIV S-08-0256 FCD GGH P

    vs.

TOM FELKER, et al.,

    Respondents.            <u>ORDER</u>

    _____/

    Petitioner has filed his second request for an extension of time to file a reply to respondent's answer. Good cause appearing, the request will be granted.

    IT IS HEREBY ORDERED that:

    1. Petitioner's August 18, 2008 motion for an extension of time (Docket #20) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his reply to respondent's answer.

DATED: 08/26/08                               /s/ Gregory G. Hollows

                                                   GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

GGH:ak
murp0256.111sec