IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUIEST LEON MURPHY,

        Petitioner,                      No. CIV S-08-0256-FCD-GGH P

    vs.

TOM FELKER, et al.,

        Respondents.               <u>ORDER</u>

_____/

        Petitioner has filed his third request for an extension of time to file a traverse pursuant to the court's order of June 6, 2008. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time (Docket #22) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file his traverse. No further extensions of time will be granted.

DATED: 10/03/08                            /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:cm
murp0256.111thr