E-FILED: **6/4/10**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUIEST LEON MURPHY, ) CASE NO. CV 08-256-GHK
       Petitioner, )
  v. ) **ORDER GRANTING REQUEST THAT STAY AND ABEYANCE CONTINUE ON HABEAS PETITION**
TOM FELKER, )
       Respondent. )

    Petitioner Marquiest Leon Murphy ("Petitioner") has informed us that his habeas petition was denied by the California Court of Appeal and requested that the stay and abeyance continue in force until he has exhausted all available state habeas procedures. Petitioner's request is **GRANTED**; the stay and abeyance **SHALL** remain in effect, until further order of the Court. Petitioner **SHALL** file a status report within thirty (30) days hereof, updating the Court on the status of steps taken to secure further state court relief on the unexhausted claim.

    **IT IS SO ORDERED.**

DATED: June 4, 2010

                                                  _____
                                                  GEORGE H. KING
                                                  United States District Judge[1]

---

[1] United States District Judge for the Central District of California sitting by designation.